

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Sentry Insurance, A Mutual Company,    * From the 32nd District Court
    of Nolan County,
    Trial Court No. DO-92-17178.

Vs. No. 11-23-00016-CV    * July 24, 2025

Donald Bristow,    * Opinion by Bailey, C.J.
    (Panel consists of: Bailey, C.J.,
    Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's award of damages and attorney's fees to Donald Bristow in connection with his causes of action for violation of the DTPA, violation of the Texas Insurance Code, and breach of the duty of good faith and fair dealing. In the place of this award, we render judgment that Bristow take nothing in connection with the same claims. We likewise reverse the trial court's award of attorney's fees to Donald Bristow arising out of Sentry Insurance, a Mutual Company's motion to abate and render judgment that Donald Bristow take nothing in connection with that claim. Otherwise, we affirm the judgment of the trial court. The costs incurred by reason of this appeal are taxed against 50% against Sentry Insurance, A Mutual Company and 50% against Donald Bristow.